UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA SLADE, individually and as the representative of a class of similarly situated persons,<br><br>  Plaintiff,<br><br>– against –<br><br>VEKSTRATE ONE LLC,<br><br>  Defendant. | ECF Case<br><br>1:22-cv-9928-VSB<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Linda Slade and defendant Vekstrate One LLC (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

ACTIVE\53784909.v1

Dated: New York, New York
      August 2, 2023

SHAKED LAW GROUP, P.C.

By: _____
Dan Shaked, Esq.
14 Harwood Court, Suite 415
Scarsdale, New York 10583
Telephone: (917) 373-9128
Email: shakedlawgroup@gmail.com
*Attorneys for Plaintiff*

DENTONS US, LLP

By: _____
Karla Del Pozo García, Esq.
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-5328
Email: karla.delpozogarcia@dentons.com
*Attorneys for Defendant*

**SO ORDERED:** _____

ACTIVE\53784909.v1